
FILED
AUG 20 2013
Clerk, U.S. District Court
District Of Montana
Helena

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LEON MEIDINGER,<br><br>Defendant. | Cause No. CR 04-130-BLG-SEH<br>CV 13-111-BLG-SEH<br><br>ORDER DENYING § 2255 MOTION AND DENYING CERTIFICATE OF APPEALABILITY |

On August 16, 2013, Defendant Leon Meidinger filed a motion to vacate, set aside, or correct his sentence under 28 U.S.C. § 2255. Meidinger is a federal prisoner proceeding pro se.

As Meidinger was sentenced on May 10, 2006, Minutes (doc. 35), Meidinger's motion is untimely by well over six years, 28 U.S.C. § 2255(f)(1).

Further, his claims are meritless. He contends that imposition of a prison sentence as well as a term of supervised release constitutes double jeopardy. Mot. § 2255 (doc. 46) at 4. It does not. Supervised release is part of the same sentence as the prison term. 18 U.S.C. § 3583(a).

1

Meidinger also contends that Judge Cebull failed to state the reasons for the sentence, making it "hard for the defendant to possibly withdraw his plea and/or appeal." Mot. § 2255 at 5. Judge Cebull would have stated his reasons on the record at sentencing.[1] The transcript has never been prepared because Meidinger did not appeal. Additionally, Meidinger pled guilty to six drug-related offenses involving more than 500 grams of a mixture containing methamphetamine. Judgment (doc. 37) at 1. He received the statutory mandatory minimum sentence of 120 months. 21 U.S.C. § 841(b)(1)(A)(viii). The conditions of his supervised release are the ones typically imposed on persons convicted of drug offenses in this District. Judgment at 3-4. The record indicates no basis for challenge, which would be grossly untimely in any case. The motion is denied.

A certificate of appealability is not warranted as Meidinger makes no showing whatever that he has been deprived of a constitutional right. 28 U.S.C. § 2253(c)(2).

ORDERED:

1. Meidinger's motion to vacate, set aside, or correct his sentence (doc. for modification of his sentence (doc. 44) is DENIED.

---

[1] The "Statement of Reasons," Form AO 245B, filed separately from the Judgment and under seal, was not used in this District until some time after Meidinger was sentenced.

2

2. A certificate of appealability is DENIED. The Clerk of Court shall immediately process the appeal if Meidinger files a Notice of Appeal;

3. The Clerk of Court shall ensure that all pending motions in this case and in CV 13-111-BLG-SEH are terminated and shall close the civil file by entering judgment in favor of the United States and against Meidinger.

DATED this 20th day of August, 2013.

/s/ Sam E. Haddon
Sam E. Haddon
United States District Court